JOHN G. SANDERS VS. M. H. HEMKIN.

MAYO, J. Where a party, sued for land in a petitory action, pleads thirty years prescription, without asserting or showing

any title, she may add to her own possession that of her ancestors, in order to complete the prescription pleaded, which does not differ in this respect from ten years' prescription. C. C. 3505; 31 An. 538.

2. Possession of real property without title, but with intent to acquire it, creates a right which may pass by inheritance.